CENTER FOR DISABILITY ACCESS
Amanda Seabock, Esq., SBN 289900
Prathima Price, Esq., SBN 321378
100 Pine St., Ste 1250
San Francisco, CA 94111
(858) 375-7385; (888) 422-5191 fax
AmandaS@potterhandy.com

Attorneys for Plaintiff JOSE ESTRADA,

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE ESTRADA,<br><br>    Plaintiff,<br><br>    v.<br><br>PIETRO FAMILY INVESTMENTS, L.P., A CALIFORNIA LIMITED PARTNERSHIP;<br>CHELSEA MOTOR INN, L.P., A CALIFORNIA LIMITED PARTNERSHIP,<br><br>    Defendants. | Case No.: 3:22-cv-01903-WA<br><br>**NOTICE OF SETTLEMENT AND REQUEST TO VACATE ALL CURRENTLY SET DATES** |

The plaintiff hereby notifies the court that a conditional settlement has been reached in the above-captioned case. The Parties would like to avoid any additional expense while they focus efforts on finalizing the terms of the settlement and reducing it to a writing.

The plaintiff, therefore, applies to this Honorable Court to vacate all currently set dates with the expectation that the settlement will be consummated within the coming sixty (60) days, allowing for a Joint Stipulation for Dismissal with prejudice as to all parties to be filed.

CENTER FOR DISABILITY ACCESS

Dated: August 8, 2022          By: /s/ Amanda Seabock
                                              Amanda Seabock
                                              Attorney for Plaintiff