CENTER FOR DISABILITY ACCESS
Amanda Seabock, Esq., SBN 289900
Prathima Price, Esq., SBN 321378
100 Pine St., Ste 1250
San Francisco, CA 94111
(858) 375-7385
(888) 422-5191 fax
amandas@potterhandy.com
Attorneys for Plaintiff

THE KARLIN LAW FIRM LLP
L. Scott Karlin (SBN 90605)
Email: lsk@karlinlaw.com
Michael J. Karlin (SBN 272442)
Email: mike@karlinlaw.com
Rex T. Reeves (SBN 136842)
Email: rex@karlinlaw.com
Dan T. Danet (SBN 303521)
Email: dan@karlinlaw.com
13522 Newport Avenue, Suite 201
Tustin, California 92780
Telephone: (714) 731-3283
Facsimile: (714) 731-5741
Attorneys for Defendants
Pietro Family Investments, L.P.;
Chelsea Motor Inn L.P.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE ESTRADA,<br><br>    Plaintiff,<br><br>  v.<br><br>PIETRO FAMILY INVESTMENTS, L.P., a California Limited Partnership; CHELSEA MOTOR INN, L.P., a California Limited Partnership<br><br>    Defendants. | Case: 3:22-cv-01903-WHA<br><br>**JOINT STIPULATION FOR DISMISSAL PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)(A)(ii)** |

1

## **STIPULATION**

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), IT IS STIPULATED by and between the parties hereto that this action may be dismissed with prejudice as to all parties; each party to bear his/her/its own attorneys' fees and costs. This stipulation is made as the matter has been resolved to the satisfaction of all parties.

Dated: September 6, 2022          CENTER FOR DISABILITY ACCESS

                                  By: _/s/ Amanda Seabock____
                                      Amanda Seabock
                                      Attorneys for Plaintiff

Dated: September 6, 2022          THE KARLIN LAW FIRM LLP


                                  By: __/s/ Dan T. Danet_____
                                      Dan T. Danet, Esq.
                                      Attorneys for Defendants,
                                      Pietro Family Investments, L.P.
                                      Chelsea Motor Inn L.P

2

## SIGNATURE CERTIFICATION

I hereby certify that the content of this document is acceptable to Dan T. Danet, counsel for Pietro Family Investments, L.P. and Chelsea Motor Inn L.P, respectively, and that I have obtained authorization to affix his electronic signature to this document.

Dated: September 6, 2022         CENTER FOR DISABILITY ACCESS

                                 By: /s/ Amanda Seabock
                                     Amanda Seabock
                                     Attorneys for Plaintiff